## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ZLOOP, INC. | ) Case No. 15-11660 (KJC) |
| Post-Effective Date Debtor. | ) |
| | ) |
| ZLOOP, INC., by and through PATRICK TRAE' O'PRY, PLAN ADMINISTRATOR, et al., | ) ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Adv. Proc. No. 16-51541 (KJC) |
| LABARGE-DIAMOND FAMILY TRUST, LLC, ROBERT S. LABARGE, ROBYN L. DIAMOND, | ) ) **Related D.I.**: 29, 7/ ) |
| | ) |
| Defendants. | ) |

### ORDER TRANSFERRING ADVERSARY PROCEEDING
### TO THE WESTERN DISTRICT OF LOUISIANA

This Court having considered of the *Stipulation Regarding Transfer of Adversary Proceeding to the Western District of Louisiana* (the "**Stipulation**") between ZLOOP, Inc. ("**Plaintiff**"), by and through Patrick Trae O'Pry as Plan Administrator, on the one hand and defendants LaBarge-Diamond Family Trust, LLC, Robert LaBarge, and Robyn Diamond (collectively, the "**Defendants**" together with Plaintiff, the "**Parties**") on the other hand, a copy of which is attached hereto as **Exhibit 1**; and upon consideration of the Defendants' *Motion to (I) Stay Adversary Proceeding or (II) Alternatively, Transfer Venue* [Adv. D.I. 29] ("**Motion**"), all responses thereto, and all papers and proceedings herein; and consistent with the hearings held on the Motion on March 20, 2017 and May 11, 2017; the Court having determined that good and adequate cause exists for approval

{BAY:03065238v2}

of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 7087, the above-captioned Adversary Proceeding is hereby transferred to the United States District Court for the Western District of Louisiana (the "**Louisiana District Court**").

3. The Parties shall remain bound by paragraphs two and three of the Stipulation upon transfer of the Adversary Proceeding to the Louisiana District Court or any courts of the same district.

4. All rights of the Parties regarding a stay of this Adversary Proceeding are preserved upon transfer.

5. *Until otherwise ordered,* the scheduling order entered in this Adversary Proceeding [Adv. D.I. 44] shall remain effect in the Louisiana District Court or any courts of the same district.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: May 25, 2017

HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

{BAY:03065238v2}

-2-