# <u>EXHIBIT 1</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ZLOOP, INC. | ) Case No. 15-11660 (KJC) |
|     Post-Effective Date Debtor. | ) |
| | ) |
| ZLOOP, INC., by and through PATRICK TRAE' O'PRY, PLAN ADMINISTRATOR, et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Adv. Proc. No. 16-51541 (KJC) |
| LABARGE-DIAMOND FAMILY TRUST, LLC, ROBERT S. LABARGE, ROBYN L. DIAMOND, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

### STIPULATION REGARDING TRANSFER OF ADVERSARY PROCEEDING TO THE WESTERN DISTRICT OF LOUISIANA

WHEREAS, on December 2, 2016, ZLOOP, Inc. ("**Plaintiff**"), by and through Patrick Trae' O'Pry as Plan Administrator, initiated this action (the "**Adversary Proceeding**") against defendants LaBarge-Diamond Family Trust, LLC, Robert LaBarge, and Robyn Diamond (collectively, the "**Defendants**" together with Plaintiff, the "**Parties**");

WHEREAS, on January 20, 2017, Defendants filed a *Motion to (I) Stay Adversary Proceeding or (II) Alternatively, Transfer Venue* [Adv. D.I. 29] (the "**Transfer Motion**");

WHEREAS, on February 15, 2017, Plaintiff filed a *Notice of Completion of Briefing* in this Adversary Proceeding [Adv. D.I. 38];

WHEREAS, on March 20, 2017, a hearing was held before the Court regarding the Transfer Motion;

WHEREAS, on March 21, 2017, the Court entered its *Order Denying in Part Defendants' Motions to Extend And/Or Stay* (the "**Order on the Transfer Motion**") [Adv. D.I. 45];

WHEREAS, through the Order on the Transfer Motion, the Court reserved decision on the Transfer Motion. A hearing in connection with the Transfer Motion was scheduled for May 11, 2017;

WHEREAS, on April 27, 2017, the United States District Court for the Western District Court of Louisiana, Lafayette Division (the "**Louisiana District Court**"), issued its Memorandum Ruling (the "**Louisiana Venue Ruling**") in the case styled *Kendall Garrett Mosing, et al. v. Robert Boston, et al.*, Case No. 6:14-cv-02608-SMH-PJH (the "**Mosing Litigation**");

WHEREAS, the Louisiana Venue Ruling vacated the prior transfer order and permitted the Mosing Litigation to proceed before the Louisiana District Court;

WHEREAS, the Parties have conferred; and

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, subject to approval of the Court, as follows:

1.    The Adversary Proceeding shall be transferred to the Louisiana District Court with all current scheduling orders remaining in effect, subject to

{BAY:03065241v3}                                                3

changes being made by the Louisiana District Court or the United States Bankruptcy Court for the Western District of Louisiana (the "**Louisiana Bankruptcy Court**", together with the Louisiana District Court, the "**Louisiana Courts**");

2.   All Parties submit themselves to the personal jurisdiction of the Louisiana Courts;

3.   Defendants waive any defenses under Federal Rule of Civil Procedure 12(b)(1) through 12(b)(5);

4.   Any decisions regarding stay of the Adversary Proceeding once transferred to Louisiana will be made by the appropriate Louisiana Court.

Dated:  May 25, 2017
Wilmington, Delaware

Dated:  May 25, 2017
Wilmington, Delaware

COOCH AND TAYLOR, P.A.

BAYARD, P.A.

*/s/ R. Grant Dick, IV*
R. Grant Dick, IV (No. 5123)
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899
Tel.: (302) 984-3800
Fax: (302) 984-3939
E-mail: gdick@coochtaylor.com

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
E-mail: emiller@bayardlaw.com

*Attorney for the Defendants*

AND

ALLEN & GOOCH
James H. Gibson
Charles M. Kreamer, Sr.
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508
Tel.: (337) 291-1300
Fax: (337) 291-1305
Email: charlesmkreamer@allengooch.com
        jimgibson@allengooch.com

*Attorneys for Plaintiffs*